Form cxdsch7

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Vincent Carlino
7073 Hidden Green Circle
Fox Lake, IL 60020
SSN: xxx−xx−1081 EIN: N.A.
aka Vincent P. Carlino

Case No. : 20−10053
Chapter : 7
Judge : A. Benjamin Goldgar

**NOTICE OF CHAPTER 7 OR 11 CLOSED WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 423, Certification About a Financial Management Course. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

FOR THE COURT

Dated: August 7, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                            Case No. 20-10053-ABG
Vincent Carlino                                                   Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1        User: mgarcia1              Page 1 of 1       Date Rcvd: Aug 07, 2020
                            Form ID: cxdsch7            Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
db             +Vincent Carlino,    7073 Hidden Green Circle,    Fox Lake, IL 60020-1030
28923434       +ACAR Leasing LTD dba GM Financial Leasing,    P.O Box 183853,    Arlington, TX 76096-3853
28821303        Credit Management,    Bankruptcy Department,    6080 TENNYSON PKWY,    Plano, TX 75024-6002
28821310        Medical Business Bureau, LLC,    1460 Renaissance Dr., Ste 400,    Park Ridge, IL 60068-1349
28821312        Midwest Anes Partners,    P.O. Box 326,    Grand Haven, MI 49417-0326
28821313       +Northwest Community Hospital,    P.O. Box 5990,    Carol Stream, IL 60197-5990
28821314       +Schiller Park Police Dept.,    9526 W Irving Park Road,    Schiller Park, IL 60176-1924
28821315        US Dept of Education,    Claims Filing Unit,    PO Box 790321,    Saint Louis, MO 63179-0321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
28821300       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2020 02:01:53     Cap One,
                 Bankruptcy Department,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
28821301        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2020 02:02:11
                 Capital One Bank USA NA,    PO Box 71083,    Charlotte, NC 28272-1083
28821302       +E-mail/Text: documentfiling@lciinc.com Aug 08 2020 02:03:12     Comcast,
                 Bankruptcy Department,    PO Box 1931,    Burlingame, CA 94011-1931
28821304        E-mail/PDF: creditonebknotifications@resurgent.com Aug 08 2020 02:01:22      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
28821305       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 08 2020 02:03:26     GM Financial,
                 PO Box 183853,    Arlington, TX 76096-3853
28821306       +E-mail/Text: Harris@ebn.phinsolutions.com Aug 08 2020 02:04:35     Harris & Harris, Ltd,
                 111 West Jackson Blvd,    Suite 400,    Chicago, IL 60604-4135
28821307        E-mail/Text: rev.bankruptcy@illinois.gov Aug 08 2020 02:03:48     Illinois Dept. of Revenue,
                 Bankruptcy Unit,    P.O. Box 19035,    Springfield, IL 62794-9035
28821308        E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 08 2020 02:03:24     IRS,    Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
28821311       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 08 2020 02:01:46     Merrick Bank,
                 10705 S. Jordan Gtwy. Ste. 200,    South Jordan, UT 84095-3977
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28821309       Medical
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2020 at the address(es) listed below:
          Cari A Kauffman    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
           ckauffman@sormanfrankel.com,   dfrankel@sormanfrankel.com
          David M Siegel    on behalf of Debtor 1 Vincent  Carlino davidsiegelbk@gmail.com,
           R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          John E Gierum    john@gierummantas.com,   IL25@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 4
```