## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 20-10053 |
| | ) | |
| Vincent Carlino, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge A. Benjamin Goldgar |

### NOTICE OF MOTION

TO:  See attached Service List

PLEASE TAKE NOTICE that on August 28, 2020, at 11:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar, or any other judge sitting in that judge's place, and present the Debtor's **Motion to Reopen Case to Enter a Discharge**, a copy of which is attached.

**This motion will be presented and heard telephonically**. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917)746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objections is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Vincent Carlino, Debtor

By:   /s/ John J. Ellmann

John J. Ellmann , Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL  60090
847/ 520-8100
davidsiegelbk@gmail.com

### CERTIFICATE OF SERVICE

I, John Ellmann, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on August 19, 2020, at or before 5:00 pm.

/s/ John J. Ellmann

## SERVICE LIST

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

John E Gierum john@gierummantas.com, IL25@ecfcbis.com

Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

Cari A Kauffman on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing
ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com

*To the following persons or entities who were served via regular U.S. Mail:*

Vincent Carlino
7073 Hidden Green Circle
Fox Lake, IL 60020

Cap One
Bankruptcy Department
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Capital One Bank USA NA
PO Box 71083
Charlotte, NC 28272-1083

Comcast
Bankruptcy Department
PO Box 1931
Burlingame, CA 94011

Credit Management
Bankruptcy Department
6080 TENNYSON PKWY
Plano, TX 75024-6002

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

GM Financial
PO Box 183853
Arlington, TX 76096

Harris & Harris, Ltd
111 West Jackson Blvd
Suite 400
Chicago, IL 60604

Illinois Dept. of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Medical Business Bureau, LLC
1460 Renaissance Dr., Ste 400
Park Ridge, IL 60068-1349

Merrick Bank
10705 S. Jordan Gtwy. Ste. 200
South Jordan, UT 84095

Midwest Anes Partners
P.O. Box 326
Grand Haven, MI 49417-0326

Northwest Community Hospital
P.O. Box 5990
Carol Stream, IL 60197

Schiller Park Police Dept.
9526 W Irving Park Road
Schiller Park, IL 60176

US Dept of Education
Claims Filing Unit
PO Box 790321
Saint Louis, MO 63179-0321

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| In Re: | ) | 20-10053 |
|---|---|---|
| | ) | |
| Vincent Carlino, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge A. Benjamin Goldgar |

### MOTION TO RE-OPEN CASE TO ENTER A DISCHARGE

NOW COMES the Debtor, by and through his attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC to present his Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. The Debtor filed a petition for relief pursuant to Chapter 7 under Title 11 USC on April 29, 2020. John Gieram was appointed Trustee in this case.

3. The §341 Meeting of Creditors was held on June 5, 2020. The Trustee filed a report of no distribution on June 8, 2020. The case was closed without discharge on August 7, 2020.

4. The Debtor completed the Personal Financial Management instruction on August 13, 2020 and provided proof thereof. The document was filed with the court on August 13, 2020.

5. The delay was due to an inadvertent oversight by the Debtor. The delay was unintentional, and was not done to cause harm to creditors of the Debtor.

6. The Debtor seeks leave of the court to allow the late filing of the Personal Financial Management instruction certificate; and requests that the court re-open the case so the Clerk of the Bankruptcy Court may issue an order of discharge.

WHEREFORE, the Debtor, Vincent Carlino, prays that this Honorable Court enter an Order to re-open the case, allow late filing of Personal Financial Management document, and for such other relief that the Court deems just and proper.

Respectfully Submitted,

/s/ John J. Ellmann

John J. Ellmann , Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL  60090
847/ 520-8100
davidsiegelbk@gmail.com