UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-10053
)
Vincent Carlino, ) Chapter: 7
) Honorable A. Benjamin Goldgar
) Lake County
Debtor(s) )

**ORDER GRANTING MOTION TO RE-OPEN CASE**

THIS CAUSE COMING ON TO BE HEARD on the motion of the Debtor, due notice having been given to all parties entitled thereto, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

The motion is GRANTED. The case is re-opened.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: August 28, 2020

**Prepared by:**

John J. Ellmann
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100